## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,

v.

Cassandra Larae Holmes,

        Defendant.

Criminal No. 03-218 (1) (RHK/AJB)

**ORDER**

---

Before the Court is Defendant's Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582 (c)(2). Defendant was sentenced to a mandatory minimum sentence of 120 months following her conviction by a jury of conspiracy to distribute and to possess with the intention of distributing in excess of 50 grams of cocaine base.

Because her mandatory minimum sentence was not impacted by the Fair Sentencing Act, the Motion (Doc. No. 141) must be, and is, **DENIED**.

Dated: April 2, 2012

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge